BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
OCT. -7 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-mj-00200-SAB |
| Plaintiff, | ORDER TO UNSEAL INDICTMENT AS TO DEFENDANT ALDERETE ONLY |
| v. | |
| ANNETTE MARIE ALDERETE, | |
| Defendant. | |

This Second Superseding Indictment was sealed by Order of the Court in the District of North Dakota, Southwestern Division, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to defendant Alderete only and be made public record so this district can handle matters related to defendant Alderete and arraign the defendant on the Second Superseding Indictment.

DATED: 10/7/13                               _____
                                             UNITED STATES MAGISTRATE JUDGE

Motion and Order to Unseal Complaint                2